# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kallon, Abdul K. | Northern District of Alabama | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination   Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

419 Hugo Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Children's Village Board of Directors |
| 2. Director | Bethel Baptist Historic Renovation Foundation |
| 3. Director | Habitat for Humanity Birmingham |
| 4. Advisor | Robert R. Meyer Foundation Advisory Committee |
| 5. Director | Sister Cities Commission of Birmingham |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | United States Federal Courts -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Regions Bank Account 1 | A | Interest | J | T | | | | | |
| 2. Regions Bank Account 2 | A | Interest | J | T | | | | | |
| 3. Regions Bank Account 3 | A | Interest | J | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. American Express Bank | A | Interest | | | Closed | 02/13/20 | J | | |
| 6. Bank of America Account 2 | | None | J | T | Open | 02/13/20 | J | | |
| 7. Goldman Sachs Marcus Bank | B | Interest | L | T | | | | | |
| 8. Rental Property, Birmingham, AL (2015 $617,000) | D | Rent | O | R | | | | | |
| 9. Merril Edge CMA Account (H) | | | | | | | | | |
| 10. --Amazon.Com | | None | K | T | | | | | |
| 11. --Berkshire Hathaway Class B | | None | M | T | Buy<br>(add'l) | 03/19/20 | K | | |
| 12. --General Electric | A | Dividend | J | T | | | | | |
| 13. --Google Common Stock -- Class A | | None | K | T | | | | | |
| 14. --Google Class C | | None | L | T | | | | | |
| 15. --Mueller Water Products | A | Dividend | J | T | | | | | |
| 16. --Senseonics Holdings | | None | J | T | Buy | 06/08/20 | J | | |
| 17. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --Vulcan Materials Common Stock | A | Dividend | K | T | | | | | |
| 19. --Merril Lynch Direct Deposit | A | Interest | J | T | | | | | |
| 20. Schwab Brokerage IRA (H) | | | | | | | | | |
| 21. --Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 22. --Vanguard Mid-Cad Index Fund | C | Dividend | N | T | | | | | |
| 23. --Vanguard Small Cap Growth Index Fund | B | Dividend | N | T | | | | | |
| 24. --Vanguard Total Int'l Stock Index Fund | C | Dividend | M | T | | | | | |
| 25. --Vanguard Wellington Fund | E | Dividend | N | T | | | | | |
| 26. Vanguard Roth IRA (H) | | | | | | | | | |
| 27. --Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 28. --Vanguard Total Int'l Stock Index Fund | B | Dividend | L | T | | | | | |
| 29. Vanguard Brokerage Account (H) | | | | | | | | | |
| 30. --Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 31. Merrill Edge Account (H) | | | | | | | | | |
| 32. --Alibaba | | None | K | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 34. --Amazon | | None | O | T | Buy<br>(add'l) | 01/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 36. | | | | | Sold<br>(part) | 03/18/20 | J | C | |
| 37. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 50. --Apple | A | Dividend | L | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 51. --Bank of America | A | Dividend | K | T | Buy<br>(add'l) | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 53. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 54. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 55.  --Berkshire Hathaway | | None | K | T | Buy | 03/24/20 | J | | |
| 56. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 57. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 58.  --China Mobile | A | Dividend | J | T | | | | | |
| 59.  China Telecom | A | Dividend | J | T | | | | | |
| 60.  --Cisco | A | Dividend | J | T | Buy (add'l) | 04/22/20 | J | | |
| 61.  --Clearbridge Aggressive Growth Fund | D | Distribution | L | T | | | | | |
| 62. | A | Dividend | | | | | | | |
| 63.  --Clearbridge Large Cap Growth | B | Distribution | L | T | | | | | |
| 64. | A | Dividend | | | | | | | |
| 65.  --Clearbridge Large Cap Value | B | Distribution | K | T | | | | | |
| 66. | A | Dividend | | | | | | | |
| 67.  --Designer Brands (formerly DSW) | | None | J | T | | | | | |
| 68.  --Dunkin | A | Dividend | | | Distributed | 12/18/20 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --Ebay | A | Dividend | J | T | | | | | |
| 70.   --Facebook | | None | M | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 72.   --First Solar | | None | K | T | | | | | |
| 73.   --Ford | A | Dividend | J | T | | | | | |
| 74.   --Goldman Sachs | A | Dividend | J | T | | | | | |
| 75.   --Google Class A | | None | M | T | | | | | |
| 76.   --Google Class C | | None | M | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. --General Electric | A | Dividend | J | T | | | | | |
| 87. --JP Morgan Chase | A | Dividend | J | T | Buy (add'l) | 03/06/20 | J | | |
| 88. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 89. --Lam Research | | | J | T | Buy | 11/04/20 | J | | |
| 90. --Lord Abbett Intermediate Tax Free | A | Dividend | J | T | | | | | |
| 91. --Nissan | A | Dividend | J | T | | | | | |
| 92. --Pfizer | A | Dividend | J | T | | | | | |
| 93. --Proctor & Gamble | A | Dividend | J | T | | | | | |
| 94. --Regions | A | Dividend | J | T | | | | | |
| 95. --Republic Bancorp | A | Dividend | K | T | Buy (add'l) | 03/26/20 | J | | |
| 96. --Teladoc | | None | K | T | Buy (add'l) | 01/14/20 | J | | |
| 97. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 98. | | | | | Sold (part) | 03/19/20 | J | B | |
| 99. | | | | | Sold (part) | 03/20/20 | J | B | |
| 100. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 101. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 102. | | | | | Buy (add'l) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 105. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 106. | | | | | Sold<br>(part) | 07/01/20 | J | A | |
| 107. | | | | | Sold<br>(part) | 07/02/20 | J | B | |
| 108. | | | | | Sold<br>(part) | 07/16/20 | J | A | |
| 109. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 113. --Tesla | | None | J | T | Buy<br>(add'l) | 05/01/20 | J | | |
| 114. | | | | | Sold<br>(part) | 07/06/20 | J | A | |
| 115. | | | | | Sold<br>(part) | 07/16/20 | J | A | |
| 116. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 117. | | | | | Sold<br>(part) | 12/28/20 | J | C | |
| 118. --Tocqueville Int'l Value | A | Dividend | J | T | | | | | |
| 119. --Toyota | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Twitter | | None | J | T | | | | | |
| 121.  --Valero Energy | | | | | Buy | 12/04/20 | J | | |
| 122.  --Vanguard FTSE Emerging | A | Dividend | J | T | | | | | |
| 123.  --Vanguard Dividend Growth | A | Dividend | J | T | | | | | |
| 124.  --Vanguard 500 Index | B | Dividend | M | T | Buy (add'l) | 01/07/20 | J | | |
| 125. | | | | | Buy (add'l) | 01/22/20 | J | | |
| 126. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 127. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 128. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 129. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 130. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 131. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 132. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 133. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 134. | | | | | Buy (add'l) | 05/18/20 | J | | |
| 135. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 136. | | | | | Buy (add'l) | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 138. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 139. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 140. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 141. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 142. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 143. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 144. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 145. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 146. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 147. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 148. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 149. --Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 150. --Verizon | A | Dividend | J | T | | | | | |
| 151. --Viatris Inc | | | J | T | Spinoff (from line 92) | 11/16/20 | J | | |
| 152. --WAB Tech | A | Dividend | J | T | | | | | |
| 153. Wells Fargo Small Cap World Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CollegeCounts 529 Plan -- ▓▓▓ (H) | | | | | | | | | |
| 155. --Vanguard 500 Index 529 | None | | L | T | | | | | |
| 156. | | | | | Buy (add'l) | 01/14/20 | J | | |
| 157. | | | | | Buy (add'l) | 01/28/20 | J | | |
| 158. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 159. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 160. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 161. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 162. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 163. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 164. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 165. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 166. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 167. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 168. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 169. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 170. | | | | | Buy (add'l) | 08/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 181.  --Vanguard Small-Cap Growth Index 529 | None | J | T | | Buy | 12/23/20 | J | | |
| 182.  --Vanguard Total International Stock Index 529 | None | J | T | | | | | | |
| 183.  CollegeCounts 529 Plan -- ▮▮▮▮ (H) | | | | | | | | | |
| 184.  --Vanguard 500 Index 529 | None | K | T | | | | | | |
| 185. | | | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 186. | | | | | Buy<br>(add'l) | 01/14/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 01/28/20 | J | | |
| 189. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 190. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 191. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 192. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 193. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 194. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 195. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 196. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 197. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 198. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 199. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 200. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 201. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 202. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 203. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 204. | | | | | Buy (add'l) | 05/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 206. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 207. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 208. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 209. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 210. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 211. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 212. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 213. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 214. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 215. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 216. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 217. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 218. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 219. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 220. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 221. | | | | | Buy (add'l) | 09/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 10/12/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 227. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 11/17/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 233. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 236. --Vanguard Growth Index 529 | None | | K | T | | | | | |
| 237. | | | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 238. | | | | | Buy<br>(add'l) | 01/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy (add'l) | 01/21/20 | J | | |
| 240. | | | | | Buy (add'l) | 01/28/20 | J | | |
| 241. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 242. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 243. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 244. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 245. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 246. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 247. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 248. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 249. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 250. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 251. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 252. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 253. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 254. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 255. | | | | | Buy (add'l) | 05/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 257. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 258. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 259. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 260. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 261. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 262. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 263. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 264. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 265. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 266. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 267. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 268. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 269. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 270. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 271. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 272. | | | | | Buy (add'l) | 09/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 274. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 275. | | | | | Buy (add'l) | 10/12/20 | J | | |
| 276. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 277. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 278. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 279. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 280. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 281. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 282. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 283. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 284. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 285. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 286. | | | | | Buy (add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kallon, Abdul K.** | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I inadvertently omitted the 529 plans (lines 154 - 286) in prior filings. Here is the relevant infomration for the two plans for the years omitted:

1.  College Counts 529 ⬚⬚⬚⬚⬚⬚ -- opended on June 27, 2017. Funded at the J value code based on the T value method code as follows:

(A) 2017 -- Vanguard 500 Index 529: June 27; July 14 & 28; Aug. 14 & 28; Sept. 14 & 28; Oct. 16 & 30; Nov. 14 & 28; Dec. 5, 14, 19, 26, & 28. Vanguard Total International Stock Index 529: Dec. 26 only.

(B) 2018 -- Vanguard 500 Index 529: Jan 16 & 29; Feb. 14 & 28; March 14 & 28; April 16 & 30; May 14 & 29; June 14 & 28; July 16 & 30; Aug. 14 & 28; Sept. 14 & 28; Oct. 15 & 29; Nov. 14 & 28; Dec. 12, 14, & 28. Vanguard Total International Stock Index 529: Aug. 27 only.

(C) 2019 -- Jan 14 & 28; Feb. 14 & 28; March 14 & 28; Apr. 15 & 29; May 14 & 28; June 14 & 28; July 15 & 29; Aug. 14 & 28; Sept. 16 & 30; Oct. 14 & 28; Nov. 14 & 29; Dec. 16 & 30.  Vanguard Total International Stock Index 529:  Dec. 30 only.

Value code for the Vanguard 500 Index 529 Fund at end of 2017 was J, and K for 2018 and 2019, using the T value method.  J value code for the Total International Stock Index 529 Fund for 2017, 2018, and 2019.

2.  College Counts 529 ⬚⬚⬚⬚⬚⬚ -- opened on Setpember 23, 2019. Funded at the J value code based on the T value method code as follows: (A) Vanguard Growth Index 529: Sept. 23 & 24; Oct. 1, 8, 14, 22, & 29; Nov. 5, 13, 19, & 26; Dec. 3, 10, 17, 24, 30, & 31; (B) Vanguard 500 Index 529:  Sept. 23 & 24; Oct. 1, 8, 14, 22, & 29; Nov. 5, 13, 19, & 26; Dec. 3, 10, 17, 24, 30, & 31.  At the end of the year, the Growth Index 529 and the 500 Index 529 each had a value code of J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Abdul K. Kallon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544